UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **MARK A BARRY, MD,**<br><br>    Plaintiff,<br><br>v.<br><br>**MEDTRONIC, INC.,**<br><br>    Defendant. | Civil Action No. 14-104-RC<br><br>Jury Trial Demanded |

### MEDTRONIC'S NOTICE OF COMPLIANCE WITH SCHEDULING ORDER

In compliance with the Court's Scheduling Order (Dkt. No. 46) and Local Rule CV-5(c)(1), Plaintiff Medtronic, Inc. files this Notice of its Letter Brief requesting summary judgment of invalidity under 35 U.S.C. § 102(b), attached as Exhibit A, and its Letter Brief requesting summary judgment that Plaintiff is not entitled to any pre-suit damages, attached as Exhibit B.  Joint Exhibits to these letter briefs are attached as Exhibits 1-12.

Dated:  June 3, 2015             **GREENBERG TRAURIG, LLP**

                    By:    /s/ *Mary-Olga Lovett*

                        Mary-Olga Lovett
                        Texas Bar No. 00789289
                        Federal Bar No. 17743
                        Email: lovettm@gtlaw.com
                        Aimee M. Housinger
                        Texas Bar No. 24083203
                        Email: housingera@gtlaw.com
                        1000 Louisiana, Suite 1700
                        Houston, TX 77002
                        Telephone: (713) 374-3541
                        Facsimile: (713) 754-7541

        Scott J. Bornstein
Email: bornsteins@gtlaw.com
Richard Pettus
Email: pettusr@gtlaw.com
Julie P. Bookbinder
Email: bookbinderj@gtlaw.com
John Handy
Email: handy@gtlaw.com
Zahra Smith
Email: smithz@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400

**ATTORNEYS FOR MEDTRONIC, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify hereby that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 3rd day of June, 2015.

                                              /s/ *Mary-Olga Lovett*
                                              Mary-Olga Lovett