IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK A. BARRY, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action 1:14-cv-00104 |
| | § | |
| MEDTRONIC, INC. | § | Judge Ron Clark |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S NOTICE OF RESPONSE TO DEFENDANT'S LETTER BRIEFS

Pursuant to the Court's Scheduling Order (Dkt. 46), and in response to Defendant's Letter Briefs requesting summary judgment (Dkt. 49), Plaintiff Dr. Mark Barry files his responsive Letter Briefs, attached as Exhibits 1 & 2, with corresponding exhibits to the Letter Briefs attached as Exhibits A-T.

Dated: June 17 2015

Respectfully submitted,

**GRAY, REED & McGRAW, PC**
By: /s/ *Jim L. Reed*
David G. Henry, Sr.
State Bar No. 09479355
dhenry@grayreed.com
James L. Reed, Jr.
Texas Bar No. 16679200
jreed@grayreed.com
Michael D. Ellis
Texas Bar No. 24081586
mellis@grayreed.com
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100

David J. Healey
Fish & Richardson P.C.
State Bar No. 09327980

2734861.1

        healey@fr.com
        1221 McKinney Street, Suite 2800
        Houston, TX 77010
        (713) 654-5300
        (713) 652-0109 (Telefax)

        **ATTORNEYS FOR MARK A. BARRY, MD**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on June 17, 2015, a true and correct copy of the foregoing document was served upon all known counsel of record through the Court's ECF system pursuant to Federal Rule of Civil Procedure 5(b)(3) and Local Rule CV-5.

                                                   /s/ *Michael D. Ellis*
                                                  David G. Henry