**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| MARK A. BARRY, M.D., | § | |
| | § | |
| Plaintiff, | § | Civil Action 1:14-cv-00104 |
| | § | |
| v. | § | Judge Ron Clark |
| | § | |
| | § | Jury Trial Demanded |
| MEDTRONIC, INC., | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL ITS UNOPPOSED MOTION FOR
LEAVE TO AMEND P.R. 3-1 INFRINGEMENT CONTENTIONS**

Plaintiff Dr. Mark Barry moves to file under seal Exhibit A to his Motion for Leave to Amend P.R. 3-1 Infringement Contentions which is being filed herewith. Ex. A includes information that Defendant Medtronic, Inc. has designated as confidential business information.

WHEREFORE, Dr. Mark Barry requests this Court to grant this motion.

Dated: September 1, 2015

Respectfully submitted

FISH & RICHARDSON P.C.

By: */s/ John R. Lane*

David J. Healey
State Bar No. 09327980
healey@fr.com
John R. Lane
State Bar No. 24057958
jlane@fr.com
Michael R. Rueckheim
State Bar No. 24081129
1221 McKinney Street, Suite 2800
Houston, TX 77010
(713) 654-5300
(713) 652-0109 (Telefax)

Thomas M. Melsheimer
Texas Bar No. 13922550
melsheimer@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214-747-5070
Facsimile: 214-747-2091

*ATTORNEYS FOR PLAINTIFF*
*MARK A. BARRY, MD*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 1, 2015, a true and correct copy of the foregoing document was served upon all known counsel of record through the Court's ECF system pursuant to Federal Rule of Civil Procedure 5(b)(3) and Local Rule CV-5.

                                        /s/ *John R. Lane*
                                        John R. Lane