

FaegreBD.com

USA ▾ UK ▾ CHINA

**DANIEL M. LECHLEITER**
*Partner*
**Daniel.Lechleiter@FaegreBD.com**
Direct **+1 317 237 1070**

**Faegre Baker Daniels LLP**
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

November 2, 2016

<u>*VIA ECF*</u>

The Honorable Ron Clark
**U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**
300 Willow Street, Suite 221
Beaumont, Texas  77701

    Re:    *Barry v. Medtronic, Inc.*, No. 1:14-cv-00104-RC (E.D. Tex.)

Dear Judge Clark:

    I am responding on behalf of Biomet, Inc. ("Biomet") regarding the letter filed today by Medtronic in the above referenced matter.  (Dkt. 387.)  This letter is to inform the Court that Biomet plans to file a motion before the start of trial tomorrow seeking an order to seal the confidential Biomet documents identified on the parties' exhibit lists.  Biomet plans to have counsel present at the Court to address its motion.

Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

*/s/ Dan Lechleiter*

Daniel M. Lechleiter
*Counsel for Non-Party Biomet*

cc:    All counsel of record (via ECF)
        Theodore M. Budd, *Counsel for Non-Party Biomet*
        (via email:  ted.budd@FaegreBD.com)