# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MARK A. BARRY, M.D. | ) |
| | ) |
| *Plaintiff*, | ) CASE NO. 1:14-CV-00104-RC |
| | ) |
| *v*. | ) |
| | ) |
| MEDTRONIC INC. | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE OF DANIEL M. LECHLEITER

COMES NOW Non-Party Biomet, Inc., and hereby notifies the Court and all parties of record that Daniel M. Lechleiter of Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, Indiana, 46204, will be appearing as an attorney of record on its behalf in the above-captioned matter.

Dated: November 2, 2016             Respectfully submitted,

 */s/ Daniel M. Lechleiter*
Daniel M. Lechleiter (admitted to EDTX)
   Indiana Bar No. 25675-49
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
TEL:   (317) 237-0300
FAX:   (317) 237-1000
DML@FaegreBD.com

*Counsel for Non-Party, Biomet, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail on November 2, 2016.

                                                             */s/ Daniel M. Lechleiter*