**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| MARK A. BARRY, M.D. | ) | |
| | ) | |
| *Plaintiff*, | ) | CASE NO. 1:14-CV-00104-RC |
| | ) | |
| *v.* | ) | |
| | ) | |
| MEDTRONIC INC. | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

**ORDER ON NON-PARTY BIOMET, INC.'S EMERGENCY MOTION
TO MAINTAIN DOCUMENTS UNDER SEAL**

Before the Court is Non-Party Biomet, Inc.'s Emergency Motion to Maintain Documents

Under Seal.  Having considered the matter and finding good cause, the Court GRANTS the

motion.  Biomet's designated documents contain non-public and competitive information, the

disclosure of which would cause competitive harm to Non-Party Biomet, Inc. and thus should

remain confidential.  To the extent either Party seeks to use Biomet's confidential documents

during trial, those documents, and to the extent necessary the trial transcripts and courtroom, will

remain sealed and will not be made available to the public.