IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK A. BARRY, M.D. | ) | |
| | ) | |
|       *Plaintiff*, | ) | CASE NO. 1:14-CV-00104-RC |
| | ) | |
| v. | ) | |
| | ) | |
| MEDTRONIC INC. | ) | |
| | ) | |
|       *Defendant*. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that Michael J. Truncale of the law firm of Orgain Bell & Tucker, LLP, pursuant to the Local Rules of the United States District Court for the Eastern District of Texas, hereby enters his appearance as an additional attorney of record for BIOMET, INC., Non-Party in the above styled and numbered cause, and requests that all future notices from the Court, pleadings, motions, and all other documents filed or served in this case be sent to him at the following address:

    Michael J. Truncale
    State Bar No. 20258125
    mjt@obt.com
    ORGAIN BELL & TUCKER, LLP
    P O Box 1751
    Beaumont, TX 77704-1751
    (409) 838-6412 telephone
    (409) 838-6959 facsimile

Dated this 3rd day of November, 2016.

Respectfully submitted,

 /s/Michael Truncale by permission Daniel M. Lechleiter
Michael J. Truncale
State Bar No. 20258125
mjt@obt.com
ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412 telephone
(409) 838-6959 facsimile

Daniel M. Lechleiter (admitted to EDTX)
Indiana Bar No. 25675-49
**FAEGRE BAKER DANILES LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
(317) 237-0300 – Telephone
(317) 237-1000 – Facsimile
DML@FaegreBD.com

*Counsel for Non-Party, Biomet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was file electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail on November 3, 2016.

                                                       /s/ Daniel M. Lechleiter
                                                      Daniel M. Lechleiter