# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MARK A. BARRY, M.D. ) | |
| ) | |
|     *Plaintiff,* ) | CASE NO. 1:14-CV-00104-RC |
| ) | |
| v. ) | |
| ) | |
| MEDTRONIC INC. ) | |
| ) | |
|     *Defendant.* ) | |
| ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that Michael J. Truncale of the law firm of Orgain Bell & Tucker, LLP, pursuant to the Local Rules of the United States District Court for the Eastern District of Texas, hereby enters his appearance as an additional attorney of record for BIOMET, INC., Non-Party in the above styled and numbered cause, and requests that all future notices from the Court, pleadings, motions, and all other documents filed or served in this case be sent to him at the following address:

    Michael J. Truncale
    State Bar No. 20258125
    mjt@obt.com
    ORGAIN BELL & TUCKER, LLP
    P O Box 1751
    Beaumont, TX 77704-1751
    (409) 838-6412 telephone
    (409) 838-6959 facsimile

Dated this 3rd day of November, 2016.

                      Respectfully submitted,

                      ORGAIN BELL & TUCKER, LLP
                      470 Orleans Street
                      P.O. Box 1751
                      Beaumont, Texas 77704-1751
                      Telephone: 409-838-6412
                      Facsimile: 409-838-6959

By:_____
     Michael J. Truncale
     State Bar No. 24070853
     mjt@obt.com

*Counsel for Non-Party, Biomet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was file electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail on November 3, 2016.

_____
Michael J. Truncale