# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| DIVISION: BEAUMONT | § | DATE: | 11/3/16 |
| | § | | |
| JUDGE: RON CLARK | § | REPORTER: | Chris Bickham |
| | § | | |
| MARK A. BARRY, M.D. | § | CIVIL NO.: | 1:14cv104 |
| *PLAINTIFF* | § | | |
| | § | | |
| MEDTRONIC, INC. | § | | |
| *DEFENDANT* | § | C/R DEPUTY: | Faith Ann Laurents |

Attorneys for Petitioner:  Sean DeBruine, Clay Holloway, Dario Machleicht, Laura Mullendore, Erwin Cena
Attorneys for Claimant:  Mary-Olga Lovett, Scott Bornstein, Allan Kassenoff, Richard Pettus, Julie Bookbinder, Aimee Housinger, Clyde Siebman, Elizabeth Forrest

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:

| | |
|---|---|
| 9:20am | Court's Voir Dire began. |
| 9:30am | Individual Voir Dire. |
| 9:35am | Ms. Mullendore began Voir Dire. |
| 9:55am | Ms. Lovett began Voir Dire. |
| 10:15am | Sidebar. |
| 10:20am | Individual Voir Dire. |
| 10:40am | Court recessed for Counsel to make strikes. |
| 11:10am | Court resumed.  Ten jurors seated and sworn.  Court instructed jury. |
| 12:00pm | Jury recessed for lunch. |
| | Court took up matters regarding Motions as to Biomet. |
| 12:10pm | Court recessed. |
| | |
| 1:30pm | Court resumed and ruled on objections to exhibits without the jury. |
| 1:35pm | Jury seated.  Court addressed jury regarding questions. |
| 1:40pm | Opening by Mr. DeBruine. |
| 1:50pm | Opening by Mr. Bornstein. |
| 2:00pm | Witness, Mark Barry, M.D., sworn and direct by Mr. DeBruine began. |
| | PX#1, 2 admitted. |
| 2:30pm | Court recessed. |
| | |
| 2:45pm | Court resumed.  PX#746, 601-605, 609, admitted. |
| 3:55pm | Court recessed. |
| | |
| 4:10pm | Court resumed.  PX#21, 67, 19, 505, 563, 23, admitted. |
| 5:00pm | Jury recessed. |
| | Court ruled on confidential exhibits on the record. |
| 5:15pm | Court recessed. |

DAVID O'TOOLE, CLERK
/s/ *Faith Ann Laurents*
Deputy Clerk

Jury Selection TIME:  __2__ hrs. __20__ mins.
Trial TIME:  __3__ hrs. __10__ mins.            ❏ See Addt'l. Proceedings