## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: BEAUMONT | § | DATE:       11/4/16 |
| | § | |
| JUDGE: RON CLARK | § | REPORTER:  Chris Bickham |
| | § | |
| MARK A. BARRY, M.D. | § | CIVIL NO.:  1:14cv104 |
| *PLAINTIFF* | § | |
| | § | |
| MEDTRONIC, INC. | § | |
| *DEFENDANT* | § | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Petitioner:   Sean DeBruine, Clay Holloway, Dario Machleicht, Laura Mullendore, Erwin Cena
Attorneys for Claimant:   Mary-Olga Lovett, Scott Bornstein, Allan Kassenoff, Richard Pettus, Julie Bookbinder, Aimee Housinger, Clyde Siebman, Elizabeth Forrest

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:

| | |
|---|---|
| 8:45am | Court resumed.  Direct of Dr. Mark Barry continued. |
| | PX#70, 72, 58 admitted.   DX#118 admitted. |
| | PX#261, 278, 279, 281, 284, 285, 286, 287, 288, 293, 296, 297, 298, 299, 300 admitted. |
| 9:45am | Court recessed. |
| | |
| 10:00am | Court resumed.  Court Ordered that counsel and staff would be allowed to enter the building with electronics, and gave instructions regarding same. |
| | PX#267, 4 (pgs 1-251 only), 196, admitted. |
| 10:50am | Cross by Ms. Lovett.  PX#26, 705,  admitted. |
| 11:00am | Jury recessed. Court addressed counsel regarding time. |
| 11:05am | Court recessed. |
| | |
| 11:15am | Court resumed.  PX#189 admitted. |
| 12:15pm | Court recessed. |
| | |
| 1:00pm | Court resumed.  PX#422, 427, 428,  admitted. |
| 1:24pm | Sidebar. |
| 1:29pm | Cross resumed. |
| 2:00pm | Court recessed. |

DAVID O'TOOLE, CLERK

/s/ *Faith Ann Laurents*

Deputy Clerk

TOTAL TIME:   5   hrs.  25   mins.          ✔ See Continuation Page

Barry v. Medtronic 1:14cv104                                                                                                  Pg 2 of 2

| Time | Event |
|---|---|
| 2:10pm | Court resumed. |
| 2:28pm | Redirect by Mr. DeBruine.   PX#706 admitted. |
| 2:45pm | Re-cross by Ms. Lovett.   PX#189, 258(sealed), admitted. |
| 2:53pm | Witness stepped down. |
| 2:55pm | Video Deposition of Janice Munro.   DX#396 admitted. |
| 3:30pm | Court recessed.   Court and counsel discussed future witness and timing. |