# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK A. BARRY, MD, | § | |
| Plaintiff, | § § § | |
| v. | § § | **Civil Action No. 1:14-104-RC** |
| MEDTRONIC, INC., | § § | **Judge Ron Clark** |
| Defendant. | § § § | |

**[PROPOSED] ORDER GRANTING MEDTRONIC, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF PLAINTIFF'S CASE**

Before this Court is Defendant Medtronic, Inc.'s ("Medtronic") Motion for Judgment as a Matter of Law at the Close of Plaintiff's Case. Having considered the matter, the Court **GRANTS** the Motion.