## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: BEAUMONT | § | DATE: 11/9/16 |
| | § | |
| JUDGE: RON CLARK | § | REPORTER: Chris Bickham |
| | § | |
| MARK A. BARRY, M.D. | § | CIVIL NO.: 1:14cv104 |
| *PLAINTIFF* | § | |
| | § | |
| MEDTRONIC, INC. | § | |
| *DEFENDANT* | § | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Petitioner:   Sean DeBruine, Clay Holloway, Dario Machleicht, Laura Mullendore, Erwin Cena
Attorneys for Claimant:   Mary-Olga Lovett, Scott Bornstein, Allan Kassenoff, Richard Pettus, Julie Bookbinder, Aimee Housinger, Clyde Siebman, Elizabeth Forrest

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:

| | |
|---|---|
| 8:00am | Court resumed.   Cross of Ms. Schenk continued. |
| | PX#209 (pgs used) admitted. |
| 8:50am | Plaintiff rested. |
| | Witness, Susan Sexton, sworn and direct by Mr. Siebman.   DX#73 admitted. |
| 9:05am | Court recessed. |
| | |
| 9:20am | Court resumed.   DX#15, 19, admitted. |
| 9:57am | Cross by Mr. DeBruine. |
| 10:28am | Redirect by Mr. Siebman. |
| 10:30am | Court recessed. |
| | |
| 10:45am | Court resumed. |
| 10:49am | Re-cross by Mr. DeBruine. |
| 10:50am | Court given jury questions on notecards.   Sidebar to discuss questions. |
| 10:54am | Court asked witness questions. |
| 11:00am | Witness, Rex Armstrong, sworn and direct by Mr. Pettus. |
| | DX#438, 367, 368, 197, 459, 460, 463, 461, 207, 209, 210, admitted. |
| 12:00pm | Court recessed. |
| | |
| 12:50pm | Court resumed. |
| 12:55pm | Court recessed. |

DAVID O'TOOLE, CLERK

/s/ *Faith Ann Laurents*

Deputy Clerk

TOTAL TIME:   7   hrs.   40   mins.          ✔ See Continuation Page

| | |
|---|---|
| 1:00pm | Court resumed.  DX#222, admitted. |
| 1:07pm | Cross by Mr. Machleicht. |
| 1:20pm | Witness, William Meyer, sworn and direct by Mr. Pettus. DX#233, 180 admitted. |
| 1:50pm | Court recessed. |
| 2:05pm | Court resumed.  DX#219, 226, admitted. |
| 2:22pm | Cross by Ms. Mullendore. |
| 2:36pm | Witness, Susan Sexton, explained exhibit displayed. |
| 2:45pm | Witness, Chris Johnson, sworn and direct by Ms. Bookbinder. DX#195, 199, 200, 201, 45, admitted. |
| 3:15pm | Court recessed. |
| 3:30pm | Court resumed.  DX#306, 214, 216, 465, 218, 223, 224, 225, 227, 228, 229, 181, 182, 183, 184, 185, 44, 239, 241, 467, 244, 247, 248, 197. Cross by Mr. Holloway. |
| 4:13pm | Sidebar to discuss juror questions of witness. |
| 4:20pm | Witness, Dr. Lawrence Lenke, sworn and direct by Mr. Bornstein. DX#498 admitted. |
| 4:30pm | Court recessed. |
| 4:45pm | Court resumed.  DX#11, admitted. |
| 5:15pm | Jury recessed. Court heard defendant's JMOL's.  Court will reserve rulings. |
| 5:50pm | Court recessed. |