\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK BARRY, M.D., | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 1:14-cv-104 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| MEDTRONIC, INC., | § | PRD |
| | § | |
| *Defendant*. | § | |

### ORDER GRANTING EXTENSION TO FILE BRIEFING IN SUPPORT OF POST-TRIAL MOTIONS

Defendant Medtronic, Inc. has moved for a short extension to file briefing in support of its pending motions for judgment as a matter of law (Dkt. # 412). Plaintiff Dr. Mark A. Barry does not oppose (Dkt. # 412, at p. 2). After the jury verdict was read on Friday, November 11, 2016, the parties requested fourteen days, or until November 25, 2016, to file their respective additional briefing, and the court agreed. Medtronic now seeks an extension of two business days due to the Thanksgiving holiday. The court finds good cause to grant the extension for both parties.

It is therefore ORDERED that any briefing in support of the parties' respective post-trial motions, including additional briefing on Rule 50(a) motions for judgment as a matter of law and any motion for enhanced damages, is due on **Tuesday, November 29, 2016**. Any responses or replies, if permitted under the Local Rules, will be calculated pursuant to Local Rules CV-6 and CV-7(e).

**So Ordered and Signed**
**Nov 17, 2016**

_____
Ron Clark, United States District Judge

1