\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK BARRY, M.D., | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 1:14-cv-104 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| MEDTRONIC, INC., | § | PRD |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION TO RESPOND TO POST-TRIAL BRIEFING

Defendant Medtronic, Inc. has moved for a short extension to respond to Dr. Barry's post-trial briefing regarding inequitable conduct and enhanced damages (Dkt. # 433). Plaintiff Dr. Mark A. Barry does not oppose (Dkt. # 433, at p. 3). Because its lead counsel is in the midst of a family medical emergency, Medtronic requests three additional business days from the original due date of Tuesday, November 13, 2016, to respond. The court finds good cause to grant the extension for both parties.

It is therefore ORDERED that Medtronic's Motion for Extension of Time to File (Dkt. # 433) is GRANTED as to both parties. Medtronic's responses to Dr. Barry's post-trial motions regarding inequitable conduct (Dkt. # 429) and enhanced damages (Dkt. # 431), if any, are due **Friday, December 16, 2016**. Likewise, Dr. Barry's response to Medtronic's supplemental briefing for Judgment as a Matter of Law (Dkt. # 430), if any, is due **Friday, December 16, 2016**. Any responses or replies, if permitted under the Local Rules, will be calculated pursuant to Local Rules CV-6 and CV-7(e).

So **ORDERED** and **SIGNED** this **13** day of **December, 2016.**

_____
Ron Clark, United States District Judge