IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MARK A. BARRY, M.D., <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC, INC., <br><br> Defendant. | Civil Action No. 1:14-cv-104 <br><br> CHIEF JUDGE RON CLARK |

**NOTICE OF CHANGE OF ADDRESS AND
AFFILIATION OF FIRM**

PLEASE TAKE NOTICE that Sean P. DeBruine, Lead Counsel for Plaintiff Mark A. Barry, M.D. ("Dr. Barry") in this matter, has moved firms.  Effective immediately, all further commutations with Mr. DeBruine should be directed as follows:

Sean P. DeBruine
Law Offices of Sean P. DeBruine
400 Oyster Point Boulevard, Suite 321
S. San Francisco, CA 94080
Phone (650)269-9140
sean@debruinelaw.com

PLEASE TAKE FURTHER NOTICE that the law firm of Kilpatrick Townsend & Stockton LLP will continue to represent Dr. Barry as co-counsel in this matter.

DATED:  January 4, 2017            Respectfully submitted,

By: */s/ Sean P. DeBruine*
Sean P. DeBruine (California Bar No. 168071)
LAW OFFICES OF SEAN P. DEBRUINE
400 Oyster Point Blvd., Suite 321
S. San Francisco CA 94080
Phone 650-269-9140
Sean@debruinelaw.com

*Counsel for Plaintiff
Mark A. Barry, M.D.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and as such, this document was served on all counsel who have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on January 4, 2017. True and correct copies of all sealed documents were promptly served on all counsel of record by email on January 4, 2017.

DATED: January 4, 2017

*/s/ Sean P. DeBruine*
Sean P. DeBruine