Revised: 9/3/2015

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Beaumont DIVISION

**APPLICATION TO APPEAR PRO HAC VICE**

APPROVED
By veazeyj at 4:51 pm, May 08, 2017

1. This application is being made for the following: Case # 1:14-cv-104
Style/Parties: Mark Barry, M.D. V. Medtronic, Inc.
2. Applicant is representing the following party/ies: Medtronic, Inc.
3. Applicant was admitted to practice in DC on 12/15/1978
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Attachment A
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Seth P. Waxman do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

DATE: 5/8/2017     Signature /s/ Seth P. Waxman  (/s/Signature)

**Application Continued on Page 2**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Seth P. Waxman
Bar Number /State 257337   DC
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address/P.O. Box: 1875 Pennsylvania Avenue, NW
City/State/Zip: Washington, DC 20006
Telephone #: 202-663-6800
Fax #: 202-663-6000
E-mail Address: Seth.Waxman@wilmerhale.com
Secondary E-Mail Address:

This application has been approved for the court on: 5/8/17

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *Jill Veazey*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

| **Seth P. Waxman Bar Admissions** | | | |
|---|---|---|---|
| **Admitted To:** | **Location** | **Date of Admission** | Bar No. |
| District of Columbia | Washington, DC | 12/15/1978 | 257337 |
| Supreme Court of the United States | Washington, DC | 10/12/1982 | |
| United States District Court of the District of Columbia | Washington, DC | 3/5/1979 | |
| United States Court of Appeals for the District of Columbia Circuit | Washington, D.C. | 3/26/1979 | |
| United States Court of Appeals for the Federal Circuit | Washington, DC | 10/28/1998 | |
| United States Court of Appeals for the First Circuit | | 2/11/2000 | 70351 |
| United States Court of Appeals for the Second Circuit | | 11/3/1998 | |
| United States Court of Appeals for the Third Circuit | | 5/26/1983 | |
| United States Court of Appeals for the Fourth Circuit | | 2/2/1982 | |
| United States Court of Appeals for the Fifth Circuit | | 9/3/1997 | |
| United States Court of Appeals for the Sixth Circuit | | 10/21/1998 | |
| United States Court of Appeals for the Seventh Circuit | | 10/23/1998 | |
| United States Court of Appeals for the Eighth Circuit | | 10/27/1998 | |
| United States Court of Appeals for the Ninth Circuit | | 5/9/1989 | |
| United States Court of Appeals for the Tenth Circuit | | 10/23/1989 | |
| United States Court of Appeals for the Eleventh Circuit | | 10/23/1989 | |
| | | | |
| United States Court of International Trade | | 8/25/2005 | CIT00689 |
| US District Court for Western District of Michigan | | 10/1/2012 | |
| US District Court for Eastern District of Michigan | | 5/5/1987 | |
| | | | |
| | | | |