Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Beaumont DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By veazeyj at 8:44 am, May 08, 2017

1. This application is being made for the following: Case # 1:14-cv-104
Style/Parties: Mark Barry, M.D. V. Medtronic, Inc.
2. Applicant is representing the following party/ies: Medtronic, Inc.
3. Applicant was admitted to practice in MA (state) on 06/18/1998 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ○has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ○has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ○has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Attachment A
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I, Mark C. Fleming do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 05/05/2017      Signature /s/ Mark C. Fleming      (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Mark C. Fleming
Bar Number /State: 639358/MA
Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP
Address/P.O. Box: 60 State Street
City/State/Zip: Boston, MA 02109
Telephone #: 617-526-6909
Fax #: 617-586-5000
E-mail Address: Mark.Fleming@wilmerhale.com
Secondary E-Mail Address:

This application has been approved for the court on:  5/8/17

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _Jill Veazey_ (signature)
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

[Email Application]

| MARK C. FLEMING COURTS ADMISSIONS ||
|---|---|
| **Courts** | **Date Admitted** |
| Supreme Judicial Court of Massachusetts, Boston, Massachusetts – BBO #639358 | June 18, 1998 |
| U.S. District Court for the District of Massachusetts | February 28, 2002 |
| Supreme Court of the United States | December 2, 2002 |
| U.S. Court of Appeals for the First Circuit – #102958 | November 22, 2004 |
| U.S. Court of Appeals for the District of Columbia Circuit | December 20, 2004 |
| U.S. Court of International Trade | October 6, 2005 |
| U.S. Court of Appeals for the Ninth Circuit | August 14, 2006 |
| U.S. Court of Appeals for the Federal Circuit | January 12, 2007 |
| U.S. Court of Appeals for the Third Circuit | June 19, 2008 |
| U.S. Court of Appeals for the Eighth Circuit | April 26, 2010 |
| U.S. Court of Appeals for the Tenth Circuit | February 28, 2014 |
| U.S. Court of Appeals for the Fifth Circuit | October 2, 2014 |
| U.S. District Court for the Eastern District of Michigan | November 24, 2015 |
| U.S. Court of Appeals for the Second Circuit | December 15, 2015 |
| U.S. Court of Appeals for the Sixth Circuit | July 26, 2016 |