\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK BARRY, M.D., | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 1:14-cv-104 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| MEDTRONIC, INC., | § | PRD |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Pursuant to Rules 58 and 54 of the Federal Rules of Civil Procedure, and in accordance with the jury verdict delivered on November 11, 2016 [Dkt. # 411], as well as relevant post-trial orders [Dkts. ## 442, 444, 451]:

It is hereby **ORDERED** that Plaintiff Dr. Mark A. Barry shall recover of and from Defendant Medtronic, Inc.:

1. $15,095,970.00 for infringement of the '358 Patent within the United States; plus

2. $3,019,194.00, which represents a twenty percent (20%) enhancement on the damages awarded for infringement of the '358 Patent within the United States; plus

3. $2,625,210.00 for infringement of the '121 Patent within the United States; plus

4. $525,042.00, which represents a twenty percent (20%) enhancement on the damages awarded for infringement of the '121 Patent within the United States; plus

5. Prejudgment interest in the amount of $2,357,849.00; plus

6. Costs of court; and

7. Pursuant to 28 U.S.C. § 1961, post-judgment interest on damages awarded herein at the rate of 1.07%;

for all of which let execution issue if not timely paid.

It is further **ORDERED** that all relief requested for claims of infringement, and damages that occurred before the trial, and all claims of invalidity and other defenses, that are not specifically granted herein or granted in a prior order in this case are **DENIED**.

It is further **ORDERED** that there is no just reason for delay in the entry of judgment as to all claims concerning infringement and invalidity that occurred before trial, and as to all claims of invalidity and other defenses, and that this Judgment as to such claims and defenses is final and appealable.

So **ORDERED** and **SIGNED** this **16** day of **May, 2017.**

_____
Ron Clark, United States District Judge