# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| MARK A. BARRY, MD, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:14-104-RC |
| § | |
| MEDTRONIC, INC., § | Judge Ron Clark |
| § | |
| Defendant. § | |
| § | |

## DEFENDANT MEDTRONIC, INC.'S NOTICE OF APPEAL

NOTICE IS GIVEN that Defendant Medtronic, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on May 16, 2017 (Dkt. 452) and from any and all orders, rulings, findings, and conclusions underlying and related to that judgment, including but not limited to the July 21, 2017 Order denying Medtronic's renewed motion for judgment as a matter of law and motion for new trial and/or remittitur (Dkt. 479), the Order on post-trial accounting and escrow account (Dkt. 451), the Order on enhanced damages and attorney's fees (Dkt. 444), the Court's findings and conclusions regarding inequitable conduct (Dkt. 443), the Order regarding Defendant's post-trial motions for judgment as a matter of law (Dkt. 442), the Jury Verdict (Dkt. 411), the Final Jury Instructions (Dkt. 414), the Court's evidentiary rulings during trial, the Court's pre-trial evidentiary rulings (Dkt. 379, Dkt. 378, Dkt. 294, Dkt. 293, Dkt. 292, Dkt. 291), the Order construing claim terms (Dkt. 122), and the Court's summary judgment orders (Dkt. 158, Dkt. 66, Dkt. 65).

DATED:  August 18, 2017                             Respectfully submitted,

                                                    By: */s/ Mary-Olga Lovett*

                                                    Mary-Olga Lovett

1

Email: lovettm@gtlaw.com
Aimee M. Housinger
Email: housingera@gtlaw.com
Greenberg Traurig LLP
1000 Louisiana, Suite 1700
Houston, TX 77002
Telephone: (713) 374-3541

Scott J. Bornstein
Email: bornsteins@gtlaw.com
Allan A. Kassenoff
Email: Kassenoffa@gtlaw.com
Richard C. Pettus
Email: pettusr@gtlaw.com
Julie P. Bookbinder
Email: bookbinderj@gtlaw.com
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200

Clyde M. Siebman
Texas Bar No. 18341600
Email: clydesiebman@siebman.com
Elizabeth Siebman Forrest
Texas Bar No. 18341600
Email: elizabethforrest@siebman.com
Siebman, Burg, Phillips & Smith LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
Telephone: (903) 870-0070

Seth P. Waxman
Email: seth.waxman@wilmerhale.com
Brittany Amadi
Email: brittany.amadi@wilmerhale.com
WilmerHale
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000

Mark C. Fleming
Email: mark.fleming@wilmerhale.com
Eric F. Fletcher

2

Email: eric.fletcher@wilmerhale.com
WilmerHale
60 State Street
Boston, MA 02109 USA
Telephone: (617) 526-6000

**Attorneys for Medtronic, Inc.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on August 18, 2017.

*/s/ Mary-Olga Lovett*
Mary-Olga Lovett